(121 So. 926)

Edgar **TIDWELL v. STATE.** (8 Div. 715.)

Court of Appeals of Alabama. March 19, 1929.

W. W. Callahan, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of assault to murder and appeals.

The record in this case discloses a clear case of assault to murder and a fair trial. The rulings of the court gave to the defendant every right to which he was entitled. The charge of the court was full and free from error, and every refused written charge, embracing a correct principle of law, was fully covered. Let the judgment be affirmed.

Affirmed.

---

(122 So. 926)

John W. **TILLERY v. CITY OF TUSCALOOSA.** (6 Div. 528.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

---

(128 So. 925)

J. T. **TILLERY v. GULF REFINING CO.** 6 Div. 748.

Court of Appeals of Alabama.
April 24, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

---

(125 So. 927)

George **TIMMONS v. STATE.** (8 Div. 870.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

---

(128 So. 925)

Alex **TONEY v. STATE.**
8 Div. 993.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

---

(128 So. 926)

S. T. **TORIAN v. Lucy ASHFORD.**
8 Div. 981.

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

---

(122 So. 926)

**TRAVELERS INS. CO. v. Mattie RUFFIN, pro ami.** (8 Div. 777.)

Court of Appeals of Alabama. May 16, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(119 So. 926)

Felix **TRUITT v. STATE.** (7 Div. 476.)

Court of Appeals of Alabama. Jan. 22, 1929.

RICE, J. Affirmed.

---

(121 So. 926)

A. J. **TRUSSELL v. STATE.** (7 Div. 531.)

Court of Appeals of Alabama. April 2, 1929.

Chas. J. Scott, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. Reversed and remanded.